**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26710-BLOOM/Elfenbein**

JUAN HERNANDEZ PADUA,

Plaintiff,

v.

MATTHEW ELLISTON, in his official capacity as
Field Office Director, Miami Field Office,
U.S. Immigration & Customs Enforcement;
DAVID VENTURELLA, in his official capacity as
Acting Director, U.S. Immigration & Customs Enforcement;
and MARKWAYNE MULLIN, in his official capacity as Secretary,
U.S. Department of Homeland Security,

Defendants.

______________________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Parties' Joint Motion for a Stay, ECF No. [5], indicating that Defendants are in the process of facilitating Plaintiff's return to the United States. The Parties jointly move for a 30-day stay of this lawsuit.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion, **ECF No. [5]**, is **GRANTED**.
2. The above-styled action is administratively **CLOSED** without prejudice to allow the parties to file appropriate dismissal documentation.
3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.
4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 1, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record